IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JOHN TREVOR TURNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 124-209 |
| | ) | |
| WALMART; STATE OF GEORGIA; | ) | |
| RICHMOND COUNTY SHERIFF'S | ) | |
| DEPARTMENT; LAW OFFICE OF THE | ) | |
| PUBLIC DEFENDER AUGUSTA | ) | |
| JUDICIAL CIRCUIT; and RAHMAAN | ) | |
| BOWICK, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 10.) Plaintiff maintains he is innocent of the shoplifting charges and describes difficulties with accessing the law library while incarcerated. (Id.) However, he fails to address the crux of the relevant analysis set forth in detail in the Report and Recommendation, which explains Plaintiff's claims are barred by Heck v. Humphrey, and Plaintiff fails to state a claim against any Defendant. (Doc. no. 7, pp. 4-12.)

Accordingly, the Court **OVERRULES** all objections, **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint for failure to state a federal claim upon which relief may be granted and any potential state law

claims without prejudice, and **CLOSES** this civil action. Furthermore, because this case is dismissed, the Court **DENIES AS MOOT** Plaintiff's motion to appoint counsel. (Doc. no. 11.)

SO ORDERED this 21ST day of March, 2025, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA