AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JOHN TREVOR TURNER,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 1:24-cv-00209

WALMART; STATE OF GEORGIA; RICHMOND COUNTY SHERIFF'S DEPARTMENT; LAW OFFICE OF THE PUBLIC DEFENDER AUGUSTA JUDICIAL CIRCUIT; and RAHMAAN BOWICK,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order signed March 21, 2025, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's complaint is dismissed without prejudice for failure to state a federal claim upon which relief may be granted and any potential state law claims. This case stands closed.



3/21/2025
Date

John E. Triplett, Clerk of Court
Clerk

(By) Ann Duke, Deputy Clerk